**STATE of Missouri, Respondent,**

v.

**Daniel PETTIS, Appellant.**

**No. WD 53055.**

Missouri Court of Appeals,
Western District.

Nov. 18, 1997.

Barbara Hoppe, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

**ORDER**

PER CURIAM.

Defendant appeals the circuit court's judgment convicting him of Sale of Controlled Substance (marijuana), a Class B felony, § 195.211, RSMo 1994. The defendant was sentenced as a prior and persistent offender, §§ 558.016 and 557.036.4, RSMo 1994, to 15 years in the Missouri Department of Corrections. The defendant argues that the evidence was not sufficient to support the conviction and contends that the trial court erred in not ordering a mental examination prior to his sentencing hearing. We affirm. Rule 30.25(b) V.A.M.R.

■

**STATE of Missouri, Respondent,**

v.

**James B. STRADTNER, Appellant.**

**No. WD 52508.**

Missouri Court of Appeals,
Western District.

Nov. 18, 1997.

James F. Speck, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

James Stradtner appeals the circuit court's judgment of his convictions and sentences of imprisonment of fifteen years for attempted rape, § 564.011, RSMo 1994, and twenty-five years for sodomy, § 566.060, RSMo 1994, to run consecutively.

Judgment affirmed. **Rule 30.25(b).**